HONORABLE TANA LIN

Matthew P. Bergman, WSBA #20894
Justin Olson, WSBA #51332
BERGMAN DRAPER OSLUND UDO, PLLC
821 2nd Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 957-9510
Facsimile: (206) 957-9549
Email: matt@bergmanlegal.com
justin@bergmanlegal.com
service@bergmanlegal.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NANCY E. GROSS, Individually and as Personal Representative of the Estate of EARL K. GROSS,<br><br>Plaintiff,<br><br>v.<br><br>AQUA-CHEM, INC., et al.,<br><br>Defendants. | NO. 2:20-cv-01777-TL<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT ZF MARINE PROPULSION SYSTEMS MIRAMAR, LLC |

**STIPULATION**

Plaintiffs Earl K. Gross and Nancy E. Gross (hereinafter, "Plaintiffs") and Defendant ZF Marine Propulsion Systems Miramar, LLC ("ZF Marine"), by and through their counsel of record, stipulate that all claims against Defendant ZF Marine, *only*, may be dismissed with

1  prejudice and without costs or attorney fees as to any party in the above-captioned matter,

2  reserving to Plaintiffs their claims against the other parties.

3        DATED this 17th day of December 2021.

4  BERGMAN DRAPER OSLUND UDO, PLLC

5   /s Justin Olson              
   Matthew P. Bergman, WSBA #20894

6  Justin Olson, WSBA #51332
   821 2nd Avenue, Suite 2100

7  Seattle, WA 98104
   Telephone: (206) 957-9510

8  Facsimile: (206) 957-9549
   Email: matt@bergmanlegal.com

9       justin@bergmanlegal.com
        service@bergmanlegal.com

10 Attorneys for Plaintiffs

11

12 LANE POWELL PC

13  /s Aaron Schaer            
   Jeffrey M. Odom, WSBA #36168

   Aaron Schaer, WSBA #52122

14 1420 Fifth Avenue, Suite 4200
   P.O. Box 91302

15 Seattle, WA 98111-9402
   Phone    (206) 223-4000

16 Email: odomj@lanepowell.com
        schaera@lanepowell.com

17 Attorneys for Defendant ZF Marine Propulsion Systems Miramar, LLC

18

19

20

21

22

23

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE OF DEFENDANT ZF MARINE PROPULSION
SYSTEMS MIRAMAR, LLC - 2

BERGMAN DRAPER OSLUND UDO
821 2ND AVENUE, SUITE 2100
SEATTLE, WA 98104
TELEPHONE: 206.957.9510

# ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of stipulated motion by Plaintiffs and Defendant ZF Marine Propulsion Systems Miramar, LLC to dismiss all claims against Defendant ZF Marine Propulsion Systems Miramar, LLC, *only*, with prejudice and without costs and/or fees, and the Court being fully advised in the premises, now therefore it is hereby ORDERED as follows:

All Plaintiffs' claims against Defendant ZF Marine Propulsion Systems Miramar, LLC, *only*, are hereby dismissed with prejudice and without costs or attorney fees as to any party.

DATED: December 17, 2021

Tana Lin
United States District Judge

PRESENTED BY:

BERGMAN DRAPER OSLUND UDO, PLLC

 /s Justin Olson
Matthew P. Bergman, WSBA #20894
Justin Olson, WSBA #51332
Attorneys for Plaintiffs

LANE POWELL PC

 /s Aaron Schaer
Jeffrey M. Odom, WSBA #36168
Aaron Schaer, WSBA #52122
Attorneys for Defendant ZF Marine Propulsion Systems Miramar, LLC