HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NANCY E. GROSS, Individually and as Personal Representative of the Estate of EARL K. GROSS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>AQUA-CHEM, INC., et al.,<br><br>　　　　　　　　　　Defendants. | NO.  2:20-cv-01777-TL<br><br>[PROPOSED] STIPULATION AND ORDER OF DISMISSAL OF CLEAVER-BROOKS, INC. |

## STIPULATION

The above-captioned plaintiffs and defendant Cleaver-Brooks, Inc. stipulate to the entry of the following Order of Dismissal without further Notice, with prejudice and without costs to either party, reserving to plaintiffs all plaintiffs' rights of action, claims, and demands against any and all other parties.

DATED this 14th day of February, 2022.

| | |
|---|---|
| BERGMAN DRAPER OSLUND UDO, PLLC<br><br>s/ Justin Olson<br>Matthew P. Bergman, WSBA No. 20894<br>Justin Olson, WSBA No. 51332<br>Attorneys for Plaintiffs<br>service@bergmanlegal.com | GORDON REES SCULLY MANSUKHANI, LLP<br><br>s/ Kevin J. Craig<br>Kevin J. Craig, WSBA No. 29932<br>Attorney for Defendant Cleaver-Brooks, Inc.<br>seaasbestos@grsm.com |

[PROPOSED] STIPULATION AND ORDER OF
DISMISSAL OF CLEAVER-BROOKS, INC. - 1
Case No. 2:20-cv-01777-TL

ORDER OF DISMISSAL

THIS MATTER having come on regularly for hearing before this Court upon the foregoing Stipulation, and the Court being fully advised in the premises,

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiffs' claims against defendant Cleaver-Brooks, Inc., its predecessors, successors, subsidiaries, parents, affiliated entities, directors and officers, are dismissed with prejudice and without costs to either party, reserving to plaintiffs all plaintiffs' right of action, claims, and demands against any and all other parties.

DATED this 14th day of February, 2022.

Tana Lin
United States District Judge