1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| NANCY E. GROSS, Individually and as Personal Representative of the Estate of EARL K. GROSS, | CASE NO. 2:20-cv-01777-TL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| AQUA-CHEM, INC. et al, | |
| Defendants. | |

In accordance with Local Civil Rule 11(b), the Parties have filed a Notice of Settlement (Dkt. No. 88) informing the Court that all claims against all Defendants have now been resolved. Pursuant to Section VII(B) of the Court's Standing Order for All Civil Cases, it is hereby ORDERED:

The Parties SHALL submit a stipulated dismissal, preferably a Notice of Voluntary Dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1)(A), **within thirty (30)**

**days of this Order.** If the Parties do not submit a stipulated dismissal by this deadline, the Court will enter its standard order of post-settlement dismissal, allowing the Parties to reopen the case if they have not perfected the settlement agreement within sixty (60) days of the dismissal order.

Any pending motions and all other pending deadlines in this case, including the trial date, are hereby STRICKEN.

Dated this 26th day of April, 2022.

Tana Lin
United States District Judge

ORDER - 2